FILED
CLERK, U.S. DISTRICT COURT
10/7/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

Frederickson Hamilton LLP
755 Santa Rosa Street, Ste. 300
San Luis Obispo, CA 93401

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA

| | |
|---|---|
| SANDOR'S GOURMET CATERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 8:19-cv-01038-FMO-AS <br><br> Honorable Fernando M. Olguin <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

  The stipulation for dismissal order is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: October 7, 2019        _____/s/_____
                   Fernando M. Olguin
                   United States District Judge